```
 1  FENNEMORE CRAIG, P.C.
    Brenoch Wirthlin (NV Bar No. 10282)
 2  300 South Fourth Street, Suite 1400
    Las Vegas, Nevada 89101
 3  Telephone: (702) 692-8000
    Facsimile: (702) 692-8099
 4  Email: bwirthlin@fclaw.com
    *Attorneys for Plaintiffs*
 5
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ACC INDUSTRIES, INC., a Nevada corporation; ACC ENTERPRISES, LLC a Nevada limited liability company; and CALVADA PARTNERS, LLC, a Nevada limited liability company, HOWARD MISLE, an individual; PETER SELTZER, an individual;<br><br>          Plaintiffs,<br><br>vs.<br><br>SOLUTIONARY, INC., a Nevada Corporation; STEVEN IDELMAN, an individual; DOE INDIVIDUALS 1-25 and ROE COMPANIES 26-50,<br><br>          Defendants. | Case No.: 2:18-cv-00751-GMN-GWF<br><br><br>**STIPULATION AND ORDER** |

COMES NOW Plaintiff ACC Industries ("ACC"), by and through counsel of record, Brenoch R. Wirthlin, Esq., and Defendant Solutionary, Inc. ("Solutionary")[1], by and through counsel Lesley B. Miller, Esq. and Marnie A. Jensen, Esq., and Steven Idelman ("Idelman")[2], by and through counsel, Daniel McNutt, Esq., and do hereby submit this Stipulation and Order as

---

[1] The defendant named in this action is named as "Solutionary, Inc., a Nevada corporation" whereas the party having filed the Notice of Removal to federal court references itself as "Solutionary, Inc., a Delaware corporation." No party waives any rights regarding arguments concerning which party is the appropriate party in this action by entering into this stipulation.

[2] On April 26, 2018, Idelman filed his Notice of Consent to Removal (ECF No. 6) in which he asserts he has not been served and that he does not waive any objections to service.

follows:

WHEREAS the underlying state court action was filed in the Fifth Judicial District Court of Nye County, Nevada, under case number CV38919;

WHEREAS Solutionary filed its Notice of Removal (ECF No. 2) on April 24, 2018;

WHEREAS there are two (2) pending actions in federal court involving some of the named Parties, case no. 2:17-cv-00083-GMN-VCF ("Navarro Action") and case no. 2:17-cv-00942-JAD-CWH ("Dorsey Action" and collectively with the Navarro Action referred to as the "Pending Actions");

WHEREAS the Pending Actions are currently stayed pending the outcome of various motions filed in the Pending Actions, including a motion to dismiss[3] and motion for summary judgment[4] ("Filed Motions");

NOW THEREFORE, in consideration of the foregoing, the Parties hereby stipulate and agree as follows:

The instant action may be stayed for all purposes until 21 days after the Filed Motions in the Pending Actions are decided.

Any deadlines, including any deadline for a party's answer or other responsive pleading, which may have passed prior to the entry of this Stipulation, is stayed as of the date of filing of the Notice of Removal on April 24, 2018.

By submitting the instant stipulation Plaintiffs do not waive any right to file a motion for remand or abstention, or any other motion, including without limitation pursuant to 28 U.S. Code § 1447.  Should the instant stipulation not be approved by the Court for any reason prior to the expiration of the time period pursuant to which Plaintiffs are required to file a motion for remand, Plaintiffs reserve the right to file such a motion for purposes of retaining their rights only, and hereby stipulate and agree that no defendant shall be required to respond to the motion for remand

///

///

---

[3] *See* ECF No. 140 in the Navarro Action.

[4] *See* ECF No. 142 in the Navarro Action.

or abstention, if filed, until 21 days after the Filed Motions are decided in the Pending Actions.

DATED this 8th of May, 2018.

**HUSCH BLACKWELL, LLP**
**KAEMPFER CROWELL**

    */s/ Marnie A. Jensen, Esq.*
Marnie A. Jensen, Esq. *pro hac vice forthcoming* (Nebraska Bar No. 22380)
13330 California Street, Suite 200
Omaha, NE 68154
Lesley B. Miller, Esq. (NV Bar No. 7987)
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135
*Attorney for Solutionary, Inc.*

DATED this 8th of May, 2018.

**FENNEMORE CRAIG, P.C.**

    */s/ Brenoch R. Wirthlin, Esq.*
Brenoch Wirthlin, Esq. (NV Bar No. 10282)
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
*Attorney for Plaintiffs*

DATED this 8th of May, 2018.

**MCNUTT LAW FIRM**

    *Daniel McNutt, Esq.*
Daniel McNutt, Esq. (NV Bar No. 7815)
625 South Eighth Street
Las Vegas, NV 89101
*Attorneys for Steven Idelman*

IT IS SO ORDERED.

DATED this 22 day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE